IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIE MILES | : | |
| | : | CIVIL ACTION |
| v. | : | No. 11-4040 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |
| | : | |

## **ORDER**

AND NOW, this 21st day of September, 2011, upon consideration of the partial motion to dismiss filed by defendants City of Philadelphia, Mayor Michael Nutter, Commissioner Charles Ramsey, Captain Frank Gramlich, Captain Carol Abrams and Officer Connie Witherspoon and plaintiff's response thereto, it is ORDERED that Counts I, II, and III of the complaint are DISMISSED.  Plaintiff may file an amended complaint alleging facts sufficient to state a claim against those defendants within 21 days from the date of this Order.


    *s/Thomas N. O'Neill, Jr.*
    THOMAS N. O'NEILL, JR., J.