## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIE MILES | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| CITY OF PHILADELPHIA, *et al.* | : | |
| Defendants | : | NO. 11-4040 |

ORDER

**AND NOW**, this 31ˢᵗ day of December, 2013, after careful review and consideration of Plaintiff's Counsels's Motions for Appointment of Receivership, (Doc. Nos. 65 and 66), and Plaintiff's Motion to Vacate the Settlement, (Doc. No. 69), it is hereby **ORDERED** that:

1. Plaintiff's Counsels's Motions for Appointment of Receivership, (Doc. Nos. 65 and 66), are **GRANTED**;

2. Plaintiff's Motion to Vacate the Settlement, (Doc. No. 69), is **DENIED**; and

3. Within ten (10) days of the date of this Order, the parties shall execute and exchange a General Release and Settlement Agreement.

It is so **ORDERED**.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
CHIEF UNITED STATES MAGISTRATE JUDGE